AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

## UNITED STATES DISTRICT COURT
### District of Hawaii

UNITED STATES OF AMERICA

WARRANT FOR ARREST

V.

Case Number: CR 05-00065 HG

SEAN SMITH

(Name and Address of Defendant)

**SEALED BY ORDER OF THE COURT**

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

FEB 13 2006

at 9 o'clock and 45 min. AM
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST SEAN SMITH and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Conspiracy to cause more than 300 pounds of methamphetamine to be transported to, and distributed in, Hawaii and conspiracy to cause at least $6,000,000.00 dollars in monetary drug proceeds to be transported from Hawaii to California.

in violation of Title 21 United States Code, Section(s) 846 and 841(a)(1) and (b)(1)(A).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| Signature of Issuing Officer/Deputy Clerk | February 9, 2005 at Honolulu, Hawaii |
|---|---|
| | Date and Location |

Bail Fixed at NO BAIL    By: Leslie E. Kobayashi, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 2/10/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 4/5/05 | TIMOTHY J. O'MALLEY  FBI SPECIAL AGENT | Timothy J. O'Malley |