SHAWN R. PEREZ, California Bar No. 164228
Attorney at Law
2740 Camino Capistrano
San Clemente, CA 92672
Telephone: (949) 492-9545
Facsimile: (702) 655-0057
Email: shawn711@msn.com

EARLE A. PARTINGTON, #1568
1330 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: wer@earthlink.net

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-65 (HG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | SENTENCING STATEMENT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| SEAN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

DEFENDANT'S
SENTENCING STATEMENT

Defendant Sean Smith has no objection concerning the factual information, sentencing classification and guideline ranges contained in the Presentence Report filed on April 5, 2006.

DATED:   Las Vegas, Nevada, April 17, 2006.

_____
/s/ SHAWN R. PEREZ

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Sentencing Statement was duly served on the following parties by U.S. Mail/Facsimile on April 18, 2006.

|  | U.S. Mail | Fax/Hand Delivery |
|---|---|---|
| LOUIS A. BRACCO<br>Assistant United States Attorney<br>PJKK Federal Building, Room 6100<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii   96850 | X | X |
| United States Probation Office<br>Rosanne T. Donohoe<br>Room C-110<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850<br>(808) 541-1345 | X | X |

DATED:   April 18, 2006.

LAW OFFICE OF SHAWN PEREZ

By: _____
/s/ SHAWN R. PEREZ, ESQ.
Attorney for SEAN SMITH