

U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

June 23, 2006

The Honorable Helen Gillmor
Judge of the U.S. District Court
  for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUL 0 3 2006
DISTRICT OF HAWAII

Re:   SMITH, Sean
      Reg. No. 28912-112
      Docket No. 1:05CR00065-001

Dear Judge Gillmor:

   Thank you for your recommendation that Sean Smith serve his term of confinement at the Terminal Island facility in San Pedro, California. Mr. Smith was recently sentenced in your court to a 170-month term for Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine.

   During the designation process, we were aware of your recommendation. Regrettably, in the case of Mr. Smith, your recommendation cannot be followed. The Terminal Island facility is currently experiencing population pressures. Accordingly, Mr. Smith has been designated to the low security level facility in Lompoc, California.

   We regret we were unable to comply with the Court's recommendation. Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

                                        Sincerely,

                                        *Rebecca Tamez*

                                        Rebecca Tamez
                                        Chief

cc:   Warden, FCI Lompoc